# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                    Crim. No.  4:99-CR-35-1H

STANLEY CALVIN DANIELS

On July 21, 2006, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                    Respectfully submitted,

/s/Michael C. Brittain                                    /s/Linwood E. King
Michael C. Brittain                                       Linwood E. King
Senior U.S. Probation Officer                             U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this_____26th_____ day of _____July_____, 2010.

Malcolm J. Howard
Senior U.S. District Judge